UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT W. JOHNSON,

                Plaintiff,

-against-

FREDA KUEVIAKOE,

                Defendant.

25-CV-00173 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

    On July 10, 2020, the court barred Plaintiff from filing any new civil action in this court *in forma pauperis* ("IFP") without first obtaining from the court leave to file. *See Johnson v. O'Hagan Wolfe*, ECF 1:19-CV-7337, 8 (S.D.N.Y. July 10, 2020), *appeal dismissed*, No. 21-299 (2d Cir. July 15, 2021). Plaintiff files this new *pro se* action, seeks IFP status, and has not sought leave from the court to file. The Court therefore dismisses this action without prejudice, due to Plaintiff's failure to comply with the court's July 10, 2020 order in *Johnson*, ECF 1:19-CV-7337, 8.

    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

    The Court directs the Clerk of Court to enter judgment in this action.

SO ORDERED.

Dated:   March 7, 2025
           New York, New York

                                    /s/ Laura Taylor Swain
                                       LAURA TAYLOR SWAIN
                                    Chief United States District Judge