UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT W. JOHNSON,

                Plaintiff,

    -against-

FREDA KUEVIAKOE,

                Defendants.

25 CIVIL 0173 (LTS)

CIVIL JUDGMENT

---

For the reasons stated in the March 10, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 11, 2025
           New York, New York

                                                     /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                          Chief United States District Judge